Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC, <br><br>*Plaintiff* <br><br> v. <br><br> AMAZ0N C0M, ANCX, ANSUDA, AXINGING, B1T, BALINSHANGMAO, CANGYCH8829, CHAIYONGQIANG01, CHENGDUJINZHILISHANGMAOYOUXIAN GONGSI, CHENLUN258, CNLANNUOSHANGMAO, DANZHOUAOLIANDIANZISHANGWUYOU XIANGONGSI, DUANEEOUZHOU, FANCER, FASHION LANYARD STORE, FENGXIANGRUI, FUDU DEPARTMENT STORE, FYERU-STORE, GENGXIAOYI123, GETRICH LTD., GUANGXILIANNATESHANGMAOYOUXIA NGONGSI77, HBZFA, HIDMEAHSTORE, JBCHEN, JINANLIUQI, JIUJIANGHUANGYUNYANG, JOPEDIN STORE, JUNGLEYELLOW, KELVQ, LAILIAN, LIQIUZEN, LUCYCULTURE, MAHONGRONGDIANZIKEJI, MISTUQI, NBMARLS, NDGDJS, OPIHAZAT, QUHELI, SHENZHENSHIAISHENGFEIKEJIYOUXIAN GONGSI, SMPILI DIRECT, SUGEBEAUTY, SUXINGBAIHUOSHANGHANG, TUTUJAP- | 23-cv-1064 (JSR) <br><br> [P~~ROPO~~SED] <br> UNSEALING ORDER |

| |
|---|
| TRADEMARK NO.97566581, VIWZ, WEISITE, WENCHANGHOUYUTINGKEJIYOUXIANGONGSI, WZOYMU-US, XIAMENBILIEBOXINXIKEJIYOUXIANGONGSI, XIAMENHOULIXIEMAOYIYOUXIANGONGSI, YBAQDJDL-US, YONGKUNS and ZZBFZD, <br><br>*Defendants* |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 22nd day of February, 2023, at 11:10 a.m.
New York, New York

HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

1